**Richard TAYLOR, Plaintiff–Appellant,**

v.

**SOCIAL SECURITY, Defendant–Appellee.**

**No. 13–1399.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 17, 2013.

Richard Taylor, Appellant Pro Se. Craig Wittman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Richard Taylor appeals the district court's order adopting the recommendation of the magistrate judge and granting Defendant's motion to dismiss or for summary judgment. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Taylor's informal brief does not challenge the basis for the district court's disposition, Taylor has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*